# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Amber Brawdy,<br><br>                    Plaintiff,<br>v.<br><br>Caribbean Cruise Line, Inc. ; and DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.: 5:14-cv-01180-D |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 14, 2015

Respectfully submitted,

PLAINTIFF, Amber Brawdy

/s/ Sergei Lemberg

Sergei Lemberg, Esq. (SL 6331)
**LEMBERG LAW, L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 14, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Oklahoma Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By /s/ Sergei Lemberg

                 Sergei Lemberg